UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERAS CARGO TRANSPORT (AMERICA), LLC,

    Plaintiff,

v.

CAL DIVE INTERNATIONAL (AUSTRALIA) PTY LTD.,

    Defendant.

Case No. 15-cv-03566-JSC

**ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF TEXAS**

Re: Dkt. No. 13

Now pending before the Court is Defendant's motion to dismiss for lack of personal jurisdiction and improper venue. (Dkt. No. 13.) By Order of October 16, 2014, the Court granted the motion in part, concluding that Defendant is not subject to specific or general jurisdiction in California. (Dkt. No. 28.) The Court withheld ruling on the motion to dismiss for improper venue to allow the parties to file further submissions regarding whether the case should be dismissed or transferred, and if so, to identify the appropriate transferee court. (*Id.* at 16.) Plaintiff has since advised the Court of its request to transfer this case to the Southern District of Texas. (Dkt. No. 29.) Defendant does not object to this transfer. (Dkt. No. 31.) Having considered the parties' submissions, the Court orders the Clerk of Court to TRANSFER this case to the Southern District of Texas.

**IT IS SO ORDERED.**

Dated: October 30, 2015

                                                  JACQUELINE SCOTT CORLEY
                                                  United States Magistrate Judge